No. 670. JAMES CUSMANO *v.* UNITED STATES. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit. November 1, 1926. Dismissed on motion of *Mr. W. F. Connally* for petitioner. No appearance for the United States.

---

No. 67. UNITED STATES *v.* GEORGE C. TAYLOR, AS PRESIDENT OF THE AMERICAN EXPRESS COMPANY. Appeal from the Court of Claims. November 23, 1926. Dismissed, on motion of *Solicitor General Mitchell* for the United States. *Messrs. John G. Milburn* and *Joseph W. Welsh* for appellee.

---

No. 145. ELMER C. POTTER, PROHIBITION DIRECTOR, *v.* JAMES GERAGHTY. Appeal from the District Court of the United States for the District of Massachusetts. November 23, 1926. Remanded to the District Court of the United States for the District of Massachusetts, per stipulation of counsel, with directions to that court to vacate its judgment and to enter an order providing for the destruction of the liquors forthwith, and mandate granted, on motion of *Solicitor General Mitchell* for appellant.

---

No. 737. OKLAHOMA COAL COMPANY *v.* R. ATKINSON ET AL. Error to the Supreme Court of the State of Oklahoma. November 23, 1926. Docketed and dismissed on motion of *Mr. Robert F. Cogswell* for defendant in error. No appearance for plaintiff in error.